Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400


FILED
DEC 12 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: CARDENAS, LORENZO | Case No. 15-51605-SLJ Chapter 7 |
|---|---|
| Debtor | NOTICE OF UNCLAIMED DIVIDENDS [ Surplus Funds to Debtor] |

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| Surplus Funds | Debtor: Lorenzo Cardenas 34 Scharf Avenue, San Jose CA 95116-2589 | $22,745.60 | $22,745.60 |

Dated: December 06, 2016

/mohamed poonja                                    MOHAMED POONJA, TRUSTEE